**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JARED J. RIBARDI**
**ADC #183305** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00503-BSM-PSH**

**CONNIE HUBBARD, *et al.*** **DEFENDANTS**

**<u>ORDER</u>**

Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 35] is adopted, and Jared Ribardi's motion for summary judgment [Doc. No. 30] is denied.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE